# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES JONES, II and
DONALD F. TOOLE,

        Plaintiffs,

    v.

PITTSTON AREA SCHOOL
DISTRICT,

        Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

    **3:18-CV-1919**
    **(JUDGE MARIANI)**

## ORDER

**AND NOW THIS** ___ **DAY OF AUGUST 2021**, upon consideration of Defendant

Pittston Area School District's Motion for Summary Judgment (Doc. 20), for the reasons set

forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 20) is **GRANTED.**

2. Judgment is hereby entered **IN FAVOR OF** Defendant Pittston Area School District

   and **AGAINST** Plaintiffs Charles Jones, II and Donald F. Toole.

3. The Clerk of Court is directed to **CLOSE** this case.

 

_____
Robert D. Mariani
United States District Judge